No. 05-1142 MC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

May 3, 2005

RECEIVED
MAY 5 2005
By: U.S. Court of Appeals

Richard Donovan
Clerk of Court
United States Court of Appeals
1602 Post Office and Courthouse
Boston, MA 02109

RE: USA v. Timi Wallace
CR00-122-02S

Dear Mr. Donovan:

Enclosed herewith you will find the SUPPLEMENTAL RECORD ON APPEAL together with a certified copy of the docket entries in the above entitled case.

Kindly acknowledge receipt for the same on the enclosed copy of this letter.

Sincerely yours,

David A. DiMarzio
Clerk of Court

Doreen L. Baldinelli
DEPUTY CLERK

RECEIVED
SEP 25 2006
By: U.S. Court of Appeals

ENC: Certified Docket, Transcript dated July 27, 2004 (Doc#154)